**PROVEST, LLC**
320 CARLETON AVE, STE.2600
CENTRAL ISLIP, NY 11722
(631) 666-6168

**KRISS & FEUERSTEIN LLP**
360 LEXINGTON AVENUE
NEW YORK, NY 10017

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**CIVIL ACTION NO. 12-CV-3894**

---

**EASTERN SAVINGS BANK, FSB,**

Plaintiff,

Against

**AFFIDAVIT**
**OF SERVICE**

**JANNA BULLOCK, ET AL**

Defendants,

---

STATE OF NY    COUNTY OF SUFFOLK

Ben Cohen being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of NY.

That on May 24, 2012 at 5:43 PM at 120 EAST 87TH STREET, APT 10A, NEW YORK, NY, 10128, deponent served the within SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, STATEMENT PURSUANT TO FED.R.CIV.P.7.1 AND COMPLAINT bearing Civil Action No. 12-CV-3894, filed 05/16/2012 on **JANNA BULLOCK**, defendant therein named,

**SUITABLE AGE PERSON**



By delivering thereat a copy of each to **GILBERT QUINONES, DOORMAN**, a person of suitable age and discretion. That person was also asked by deponent whether said premises was the defendant's dwelling place/usual place of abode and the reply was affirmative.

**MAILING**

X

On **05/30/12** deponent also enclosed a copy of same, in a prepaid sealed, first class wrapper marked personal and confidential, properly addressed to defendant and mailed to defendant at **120 EAST 87TH STREET, APT 10A, NEW YORK, NY, 10128** by depositing said wrapper in a post office of the United States Postal Service within the New York State

**DESCRIPTION**

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follow:

| Sex | Skin Color | Hair Color | Age (Aprx) | Height (Aprx) | Weight (Aprx) |
|-----|-----------|-----------|-----------|---------------|---------------|
| M | DK-BROWN | BROWN | 51 | 5'7" | 165 |

**USE IN NYC CIVIL CT.**

The language required by NYCRR 2900.2(e), (f) & (h) was set forth on the face of said summons(es)

**MILITARY SERVICE**



I asked the person spoken to whether the defendant was in active military service of the United States or of the State of NY in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York or of the United States as that term is defined in either the State or Federal statutes.

**SWORN TO BEFORE ME ON**

6-15-12

LICENSE # 1009104
FILE # JANNABULLOCK
CASE ID # 3289973

**KAREN KANE**
Notary Public, State of New York
No. 01KA6096127
Qualified in Nassau County
Commission Expires December 04, 2015

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 12-CV-3894

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Janna Bullock

was received by me on *(date)*   05/21/2012 .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* Gilbert Quinones,
Doorman _____ , a person of suitable age and discretion who resides there,

on *(date)* 05/24/2012 , and mailed a copy to the individual's last known address; or
     5:43PM

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00  .

I declare under penalty of perjury that this information is true.

Date: J-30-12

_____
*Server's signature*

Ben Cohen, Process Server 1009104
_____
*Printed name and title*

Pro-Vest LLC, 320 Carleton Ave Ste 2600
Central Islip, NY 11722
_____
*Server's address*

Additional information regarding attempted service, etc:

Defendant was suitably served at 120 East 87th Street, Apt 10A,
New York, NY 10128. Mailing was completed to defendant at this
address on 05/30/2012.
Doorman's description is M/DkBrown/Brown/51/5'7"/165. 5/30/12

JOSUE GOMEZ
NOTARY PUBLIC, State of New York
No. 01GO6190319
Qualified in Suffolk County
Commission Expires July 21, 2012